```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         DEC 1 0 2010

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 04-01329-CAS |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| SAMUEL YANEZ-ROSALES, | |
| Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A.   ( ✓ ) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offenses;_ _illegal status_ _____

_____

_____

    and/or

1  B.      ( ) The defendant has not met his/her burden of establishing by clear and
2          convincing evidence that he/she is not likely to pose a danger to the safety of any
3          other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4          finding is based on: _____
5  _____
6  _____
7  _____
8
9          IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.
11
12 Dated: December 10, 2010                    *Alicia G. Rosenberg*
                                                ALICIA G. ROSENBERG
13                                              United States Magistrate Judge