O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-1329-CAS |
| Plaintiff, ) | SUPERVISED RELEASE |
| v. ) | REVOCATION AND JUDGMENT |
| SAMUEL YANES-ROSALES, ) | |
| Defendant. ) | |
| _____ ) | |

On January 5, 2011, this matter came before the Court on petitions to show cause why supervised release should not be revoked filed August 8, 2007 and December 17, 2010. The Government, William Crowfoot, the defendant and his appointed attorney, Myra Sun, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Lisa Sandoval, was also present.

The defendant admits to allegation no. 2 of the Petition on Probation and Supervised Release filed on December 17, 2010. The defendant denies allegation no. 1 of the Petition on Probation and Supervised Release filed on August 8, 2007. The Court grants the Government's request to dismiss allegation no. 1 of the Petition on Probation and Supervised Release filed on August 8, 2007.

The Court FINDS that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of October 25, 2004.

///

IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is hereby revoked. Defendant is hereby committed to the Bureau of Prisons for a term of six (6) months, with no supervised release to follow.

The Court ORDERS the defendant's supervised release is hereby revoked.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: January 5, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: ____/S/_____
Catherine M. Jeang, Deputy Clerk